Sarah H. Perry
Benton County Prosecuting Attorney's Office
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Phone: 509.735.3591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM MICHAEL KRAL,<br>Plaintiff,<br>vs.<br>BENTON COUNTY,<br>Defendant. | NO. CV-09-5014-RHW<br>**BENTON COUNTY'S MOTION FOR RULE 37.1(e) EXPEDITED HEARING AND/OR ARGUMENT** |

TO: Clerk of the Court for the Eastern District Court;
U.S. District Court
P.O. Box 1493
Spokane, WA 99210

TO: Lonnie G. Davis
Alliance of People with Disabilities
4649 Sunnyside Ave. N., Ste. 100
Seattle, WA 98103-6952

Defendant Benton County hereby moves the Court for an Order expediting Benton County's Motion to Compel Discovery and ordering that motion to be heard without oral argument on Monday, October 5, 2009.

Dated this 2nd day of October, 2009.

ANDY MILLER
Prosecuting Attorney

By s/Sarah H. Perry
SARAH H. PERRY, Deputy
Prosecuting Attorney
WSBA #26583
Attorneys for Defendant Benton County
Benton County Prosecutor's Office
7122 W. Okanogan Place, Bldg. A
Kennewick, WA 99336
Telephone: (509) 735-3591
Fax: (509) 222-3705
Email: sarah.perry@co.benton.wa.us

MOTION FOR EXPEDITED HEARING AND/OR ARGUMENT - 2

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591

**DECLARATION OF SERVICE**

I certify that I served, in the manner indicated below, a true and correct copy of the foregoing document as follows:

Lonnie G. Davis
Disabilities Law Project
4649 Sunnyside Ave. N., Ste. 100
Seattle, WA 98103

G U.S. Regular Mail, Postage Prepaid
G Legal Messenger
G Overnight Express
G Facsimile
X Electronic Notice Via ECF

DATED this 2nd day of October, 2009, at Kennewick, Washington.

S/Sarah H. Perry

SARAH H. PERRY

BENTON COUNTY PROSECUTING ATTORNEY
7122 West Okanogan Place, Bldg. A
Kennewick, Washington 99336
(509) 735-3591