AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILLIAM MICHAEL KRAL,

        Plaintiff,

        v.

BENTON COUNTY,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-5014-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment against Plaintiff and in favor of Defendant. Defendant is awarded $877.50 in attorney's fees, for which Plaintiff and his counsel, Lonnie Davis, are jointly and severally liable. Defendant is also awarded $2,071.75 in costs, for which Plaintiff is solely liable. File closed.

| | |
|---|---|
| April 29, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |